**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE | NOTICE OF APPEARANCE<br>DEMAND FOR PAPERS<br>SERVICE OF PAPERS |
| 264 LENOX, LLC, | Chapter 11 |
| Debtor. | Case 1-14-41650-cec |

PLEASE TAKE NOTICE, that ColFin FCSB Funding A, LLC, appears herein by its counsel, Coritsidis & Lambros, PLLC, and demands pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone:

>  Coritsidis & Lambros, PLLC
>  46 Trinity Place, 4th Floor
>  New York, New York 10006
>  Attn: Jeffrey A. Gangemi (JG-1116)
>  (212) 797-4600, Fax (212) 797-4601

PLEASE TAKE NOTICE, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect, in any way, the rights or interest of ColFin FCSB Funding A, LLC, with respect to the debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:  New York, NY
        May 28, 2014

                                            Coritsidis & Lambros, PLLC

                                            /s/ Jeffrey A. Gangemi
                                            By: Jeffrey A. Gangemi (JG-1116)
                                            *Attorneys for Creditor*
                                            *ColFin FCSB Funding A, LLC*
                                            46 Trinity Place, 4th Floor
                                            New York, New York 10006
                                            (212) 797-4600, Fax (212) 797-4601

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

IN RE

    264 LENOX, LLC,                            **Chapter 11**

                              Debtor.          **Case 1-14-41650-cec**

---

## AFFIDAVIT OF SERVICE BY MAIL

    Paloma Garcia being sworn deposes and says: I am not a party to this action and I am over 18 years of age.

    On May 28, 2014, I served the within **Notice of Appearance Demand for Papers Service of Papers** upon the following parties or attorneys in this action, at the addresses stated below, by depositing a true copy of same enclosed in a postpaid, First Class, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

*Debtor*
264 Lenox, LLC
3145 Coney Island Avenue
Brooklyn, NY 11235

Alla Kachan
Law Offices of Alla Kachan, P.C.
*Attorney for Debtor*
415 Brighton Beach Avenue, 2nd Floor
Brooklyn, NY 11235

*U.S. Trustee*
Office of the United States Trustee
Eastern District of NY
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Alex Solomon
1300 Flatbush Ave
Brooklyn, NY 11210

Jacob Solomon
1629 E 2nd Street
Brooklyn, NY 11230

Saadia Shapiro
3145 Coney Island Avenue
Brooklyn, NY 11235

_____
Paloma Garcia

Sworn to before me on
this 28th day of May, 2014

_____
Notary Public

```
FRANK JORDAN
Notary Public, State of New York
No. 01JO6217831
Qualified in Richmond County
Commission Expires Feb. 22, 2018
```