UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re                                                  Chapter 11
      264 Lenox, LLC,                         Case no.  14-41650 (CEC)



                Debtor.
---------------------------------------------------------x

## ORDER LIFTING AUTOMATIC STAY

Upon the Application of Colfin FCSB Funding A, LLC (the "Mortgagee") for an order lifting the automatic stay to permit the Mortgagee to pursue its remedies under New York law with respect to the property owned by 264 Lenox, LLC located at 264 Lenox Avenue, New York, New York 10027 (the "Property"); and upon the objection of 264 Lenox, LLC; and upon the Reply Affirmation of Mortgagee, and upon the hearing held before this Court on July 2, 2014, and upon the entire record of this case, and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the automatic stay under 11 U.S.C. § 362 be, and it hereby is, vacated to permit the Mortgagee to exercise any and all rights and remedies available to Mortgagee under applicable law regarding the Property~~, including but not limited to all rights and remedies available in the action entitled: *ColFin FCSB Funding A, LLC v. 264 Lenox LLC, Saadia Shapiro et al., Supreme Court of the State of New York, County of New York, Index No.: 105981/09* (the "Foreclosure Action") and/or the Judgment of Foreclosure and Sale entered in the Foreclosure Action~~ *(CEC)*; and it is further

ORDERED, that any sale of the Property in the Foreclosure Action shall take place no earlier than October 1, 2014.



Dated: Brooklyn, New York
July 17, 2014

_____
**Carla E. Craig**
**United States Bankruptcy Judge**