Alla Kachan, Esq.
Law Office of Alla Kachan
415 Brighton Beach Avenue, Second Floor
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                                                                    Case Nos.: 14-41650-CEC

        264 LENOX, LLC,

             Debtor.                                              Chapter 11
---------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Upon the application of the 264 Lenox, LLC, the debtor in possession in the above-captioned Chapter 11 case, for an Order dismissing the instant chapter 11 case on shortened notice, pursuant to 11 U. S. C. § 1112(b)(1), Fed. R. Bankr. P. § 9006 and Local Rule 9077-1;

And notice having been provided to all interested parties;

and this Court finding no reason to deny the requested relief; it is

**ORDERED** that the ~~within~~ *(CEC)* application shall be heard on shortened notice; and it is further

**ORDERED,** that the instant Chapter 11 case be and is hereby dismissed ~~with prejudice~~ *(CEC)*; and it is further

**ORDERED** that the Debtor 264 LENOX, LLC is barred from filing a voluntary petition for bankruptcy relief under any chapter for one hundred eighty (180) days from the date of entry of this Order; and it is further

**ORDERED** that if the Debtor 264 LENOX, LLC does, in the future, file a voluntary petition for voluntary relief under the Bankruptcy Code, 11 U. S. C. § 101, et seq., that the

automatic stay provided under 11 U. S. C. § 362, if Debtor 264 LENOX, LLC is entitled to it, shall not apply to ColFin FCSB Funding A, LLC concerning enforcement of its rights in relation to certain real property located at 264 Lenox Avenue, Bronx, New York, and as determined in an action in the Supreme Court of New York, New York County, Index Number 105981/2009 bearing the caption, "*ColFin FCSB Funding A, LLC v. 264 Lenox LLC, Saadia Shapiro, et al.*"**;** *and it is further (CEC)*

**ORDERED** that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



Dated: Brooklyn, New York
September 11, 2014

_____
**Carla E. Craig**
**United States Bankruptcy Judge**