# Notice Recipients

District/Off: 0207−1                    User: acruz                         Date Created: 9/11/2014

Case: 1−14−41650−cec              Form ID: pdf000                    Total: 12


**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee          USTPRegion02.BR.ECF@usdoj.gov
aty         Alla Kachan          alla@kachanlaw.com
aty         Jeffrey Gangemi          jeffrey@corilamb.com

TOTAL: 3


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          264 Lenox, LLC          3145 Coney Island Avenue          Brooklyn, NY 11235
cr          ColFin FCSB Funding A, LLC          2450 Broadway, 6th Floor          Santa Monica, CA 90404
8290008     Alex Solomon          1300 Flatbush Ave          Brooklyn, NY 11210
8333819     ColFin FCSB Funding A, LLC          c/o Coritsidis &Lambros PLLC          Attn: Jeffrey A, Gangemi          46 Trinity Place, 4th Fl          New York, NY 10006
8290009     Colfin FCSB Funding A,LLC          2450 Broadway          6th Floor          Santa Monica, CA 90404
8290010     Coritsidis &Lambros, LLC          46 Trinity Place          4th Floor          New York, NY 10006
8290011     Jacob Solomon          1629 E 2nd Street          Brooklyn, NY 11230
8368738     NYS DEPT OF TAX &FINANCE          BANKRUPTCY SECTION          PO BOX 5300          ALBANY, NY 12205−0300
8290012     Saadia Shapiro          3145 Coney Island Avenue          Brooklyn, NY 11235

TOTAL: 9