# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−14−41650−cec |
| 264 Lenox, LLC | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| 26−0188493 | |
| DEBTOR(s) | |

## ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated September 11, 2014

**IT IS ORDERED THAT:**

(Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 11 case of the above−named debtor(s) is closed.


                                                              s/  Carla E. Craig
                                                              United States Bankruptcy Judge

Dated: January 8, 2015

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]