# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: dcapers | Date Created: 1/8/2015 |
| Case: 1−14−41650−cec | Form ID: 200 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty        Alla Kachan        alla@kachanlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         264 Lenox, LLC        3145 Coney Island Avenue        Brooklyn, NY 11235
smg        Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014

TOTAL: 2